UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MATHEUS RANGEL DIAS | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )   Civil Action No. 26-11877-JEK |
| | ) |
| ANTONE MONIZ, et al | ) |
| Defendant(s). | ) |

**ORDER OF DISMISSAL**

**KOBICK, D.J.**

In accordance with the Court's Electronic Order entered May 26, 2026, ECF 13, granting the Petitioner's Motion for Voluntary Dismissal of it's Petition for Writ of Habeas Corpus, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

Dated:  May 26, 2026

/s/ Haley Currie

Deputy Clerk